David Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5901 West Century Blvd, Suite 1200
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222
Attorneys for Defendant,
VITAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. NERO,<br><br>          Plaintiff,<br><br>v.<br><br>VITAL SOLUTIONS, INC.,<br><br>          Defendant. | Case No.: 3:18-cv-02503-BTM-MDD<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

    Defendant VITAL SOLUTIONS, INC. ("Defendant"), through its respective attorneys of record, request as follows:

    WHEREAS, the Complaint was filed on October 31, 2018;

    WHERAS, Defendant's response was initially due December 6, 2018.

    WHEREAS, Plaintiff and Defendant (hereinafter referred to as "Parties") met and conferred and agreed to extend the deadline for Defendant to respond to Plaintiff's Complaint to December 28, 2018, in order to possibly resolve the case prior to filing a responsive pleading;

WHEREAS, the Parties need additional time to continue having productive discussions towards potential resolution of this matter and agree to further extend Defendant's deadline to file a response to Plaintiff's Complaint up to January 11, 2019;

WHEREAS, Defendant further needs additional time to investigate the claims brought by Plaintiff in the Complaint;

WHEREAS, there is currently no trial date set and no pretrial conference scheduled.

WHEREAS, no party claims prejudice as a result of the extension of time;

WHEREFORE, Defendant requests an extension of time up to and including January 11, 2019, within which to respond to Plaintiff's Complaint. Counsel for Plaintiff and Defendant met and conferred on December 28, 2018, and counsel for Plaintiff advised that Plaintiff does not oppose this motion.

A proposed order regarding this request is filed concurrently herewith.

DATED: December 28, 2018         CARLSON & MESSER, LLP

                                                By: s/David J. Kaminski
                                                  David J. Kaminski
                                                  Alex A. Wade
                                                  Attorneys for Defendant,
                                                  VITAL SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on this 28th day of December, 2018, a true and accurate copy of the foregoing Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint were served via the District Court ECF System on the Following:

Email: mdaher@sulaimanlaw.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP