David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Alex A. Wade (SBN 304022)
wadea@cmtlaw.com
**CARLSON & MESSER LLP**
5901 West Century Boulevard., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
VITAL SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. NERO,<br><br>Plaintiff,<br><br>vs.<br><br>VITAL SOLUTIONS, INC.<br><br>Defendant. | Case No. 3:18-cv-02503-BTM-MDD<br><br>**EX PARTE MOTION FOR TELEPHONIC APPEARANCE OF DEFENDANT'S REPRESENTATIVE AT THE ENE CONFERENCE, OR IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE ENE CONFERENCE**<br><br>Date: March 22, 2019<br>Time: 9:30 a.m.<br>Judge: Hon. Mitchell D. Dembin |

Pursuant to Local Rule 16.1(c), the Court's Notice and Order for Early Neutral Evaluation and Case Management Conference in this matter (ECF No. 13), and the Honorable Mitchell D. Dembin's Chambers Rules, Defendant VITAL SOLUTIONS, INC. ("Defendant"), through its respective counsel of record, hereby requests that its out-of-state party representative be allowed to appear for the March 22, 2019 ENE Conference via telephone. If this request is denied, then Defendant alternatively asks for a continuance of the ENE to March 27, 2019, or any date after the month of April 2019, as convenient with the Court's calendar as Defendant's client representative is unavailable during this time. Per this court's chamber rules, Defendant's counsel attempted to meet and confer with Plaintiff's counsel regarding this request on March 1, 2019, and has not gotten a response as of the filing of this Motion.

Good cause exists for this request as follows:

1. Defendant's counsel of record will appear in person at the March 22, 2019 hearing. This request for a telephonic appearance pertains only to Defendant's party representative, who is located outside California.

2. Defendant's client representative is located in Berkeley Lake, GA.

3. It will require significant time, expense and resources for Defendant's representative to travel from Georgia to San Diego and make an in-person appearance at the ENE Conference. In order to prepare for, travel to and from, and attend the ENE Conference, Defendant's representative must set aside two business days and cancel other important engagements. Defendant's representative must also incur significant travel expenses, including flights to and from California, a hotel room, and a rental car. These expenses would necessarily detract from any available settlement funds, thereby making a settlement between the parties less likely.

4. Counsel for both parties have an established working relationship, have litigated numerous similar lawsuits together in the past, and have a history of successfully reaching settlements through informal dialogue and communication outside the presence of their clients, including participating in telephonic ENE Conferences that were meaningful. Counsel believe the ENE in this matter can be meaningful and conducted successfully as well, with Defendant's representative available via telephone. If this Motion is granted, Defendant's representative will be prepared and available to meaningfully participate in the ENE Conference by telephone, and will have full authority to settle this matter.

5. If the request for a telephonic appearance is not granted, Defendant alternatively seeks a continuance of the ENE, to March 27, 2019, or any date after the month of April 2019, as convenient with the Court's calendar as Defendant's client representative is unavailable during this time. The basis for this alternative request is that it would be very burdensome for Defendant's client representative to travel and be unable

to perform his normal work duties on March 22, 2019, due to previously scheduled engagements.

6. This Ex Parte Motion is not made for any improper purpose or delay, and the Defendant asserts that the granting of this Motion will not cause any prejudice to any of the parties.

Pursuant to the foregoing, the Defendant respectfully requests that this Ex Parte Motion be granted, and that Defendant's out-of-state representative be allowed to attend the March 22, 2019 ENE/CMC via telephone, or alternatively, that the hearing be continued to March 27, 2019, or any date after the month of April 2019, as convenient with the Court's calendar as Defendant's client representative is unavailable during this time. A Proposed Order regarding this Motion is submitted herewith for the Court's consideration.

Respectfully submitted,

DATED: March 4, 2019    CARLSON & MESSER LLP

            /s/ David J. Kaminski
            David J. Kaminski
            Alex A. Wade
            Attorneys for Defendant,
            VITAL SOLUTIONS, INC.

# **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 4th day of March, 2019, a true and accurate copy of the foregoing EX PARTE MOTION FOR TELEPHONIC APPEARANCE OF DEFENDANT'S REPRESENTATIVE AT THE ENE CONFERENCE, OR IN THE ALTERNATIVE, FOR A CONTINUANCE OF THE ENE CONFERENCE were served via the District Court ECF System on the Following:

Email: mdaher@sulaimanlaw.com
nick@wajdalawgroup.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP