| | |
|---|---|
| Marwan R. Daher<br>mdaher@sulaimanlaw.com<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8181 x109<br><br>Nicholas M Wajda<br>nick@wajdalawgroup.com<br>Wajda Law Group, APC<br>11400 W. Olympic Blvd., Ste. 200<br>Los Angeles, CA 90064 Telephone:<br>Phone: (310) 997-0471<br>Fax: (866) 284-8433<br>Attorneys for Plaintiff | David J. Kaminski (SBN: 128509)<br>kaminskid@cmtlaw.com<br>Alex A. Wade (SBN: 266860)<br>wadea@cmtlaw.com<br>CARLSON & MESSER LLP<br>5901 W. Century Boulevard, Suite 1200<br>Los Angeles, California 90045<br>(310) 242-2200 Telephone<br>(310) 242-2222 Facsimile<br><br>Attorneys for Defendant,<br>VITAL SOLUTIONS, INC. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. NERO,<br><br>   Plaintiff,<br><br>vs.<br><br>VITAL SOLUTIONS, INC.<br><br>   Defendant. | CASE NO. 3:18-cv-02503-BTM-MDD<br><br>**JOINT MOTION FOR ORDER CONTINUING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Hon. Magistrate Judge Mitchell D. Dembin**<br>**Date:   May 2, 2019**<br>**Time:  9:30 a.m.** |

**TO THIS HONORABLE COURT:**

Pursuant the Court's Order for Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") (Dkt. Nos. 13 and 15), Plaintiff DARREN D. NERO ("Plaintiff") and Defendant VITAL SOLUTIONS, INC., ("Defendant") (hereinafter collectively referred to as the "Parties"), through their respective counsel of record, hereby jointly request that the ENE and CMC scheduled for May 2, 2019 at 9:30 a.m. before Magistrate Judge Mitchell D. Dembin be continued another 45 days on a date as convenient with the Court's calendar.

Good cause exists for this Joint Motion as follows:

1. The Parties file this motion due to the recent production of important documents that were produced to Defendant's counsel on April 30, 2019.

2. The Parties need time to meet and confer about these newly produced documents that will likely assist the parties in resolving this matter, without the need for an ENE and/or CMC.

3. This request is also made in an effort to save unnecessary expenses. It will require significant time, expense and resources for Defendant's representative to travel from Georgia to San Diego to make an in-person appearance at the ENE Conference. In order to prepare for, travel to and from, and attend the ENE Conference, Defendant's representative must set aside two business days. These expenses may be unnecessary if the parties are given the opportunity to meet and confer regarding the recently produced documents in an effort to resolve this matter.

4. Counsel for both parties have an established working relationship, have litigated numerous similar lawsuits together in the past, and have a history of successfully reaching case resolutions through informal dialogue and communication outside the presence of their clients.

5. This is the Defendant's second request for a continuance of the ENE and CMC.

6. This Joint Motion is not made for any improper purpose or delay, and the Parties assert that the granting of this Motion will not cause any prejudice to any of the Parties.

Pursuant to the foregoing, the parties respectfully request that this Joint Motion be granted, and that the ENE and CMC be continued another 45 days on a date as convenient with the Court's calendar. A Proposed Order regarding this Joint Motion is submitted herewith for the Court's consideration.

///

Respectfully submitted,

DATED: May 1, 2019  **SULAIMAN LAW GROUP, Ltd.**

By: /s/ Marwan R. Daher
 Marwan R. Daher
 Attorney for Plaintiff
 DARREN D. NERO

DATED: May 1, 2019  **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
 David J. Kaminski
 Alex A. Wade
 Attorneys for Defendant,
 VITAL SOLUTIONS, INC.

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Marwan R. Daher, counsel for Plaintiff and that I have obtained his authorization to affix his electronic signature to this document.

DATED: May 1, 2019          **CARLSON & MESSER LLP**

         By: /s/ David J. Kaminski
             David J. Kaminski
             Alex A. Wade
             Attorneys for Defendant,
             VITAL SOLUTIONS, INC.

# **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 1st day of May, 2019, a true and accurate copy of the foregoing JOINT MOTION FOR ORDER CONTINUING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE were served via the District Court ECF System on the Following:

        Email: mdaher@sulaimanlaw.com
               nick@wajdalawgroup.com

    /s/David J. Kaminski
    David J. Kaminski
    CARLSON & MESSER LLP