# "Exhibit 1"

**DARREN DEL NERO**                    Post Office Box 77
                                       La Jolla, CA 92038

May 2, 2016

Vital Solutions Inc.                   Certificate of Mailing
3212 Data Drive #200
Norcross, GA 300392

RE: Darren Del Nero

Dear Sir or Madam:

I have spoken to your office twice – again, the first being right after I
received the first collection letter. Again, I dispute the amount you
allege I owe in whole. I have not seen a contract, do not remember
this charge/alleged amount owed, and ask the account is disputed and
all documents concerning the account are forwarded to me.

Other than mailing me the contract, I request you **do not contact** me
in any manner.

I ask you comply with the Sarbanes-Oxley Act, and any other privacy
law, in that you do not share any information concerning me and opt-
out of distribution of any information concerning me for any purpose
within or outside your company.

Additionally, as I told your agent, I am disabled per the Social Security
Administration and receive SSI. Your conduct of threatening to garnish
wages which I do not make, and alleging you will seize my SSI is both
improper, unethical, and illegal since SSI cannot be seized/garnished. I
was much stressed over the allegation and had to take hours out of my
day to call, then speak to a representative in person to see if your
garnishment threat is true. Please cease this conduct at once and
comply with your obligations under the law.

                           Sincerely,

                           Darren Del Nero

NERO 000001

<u>**CONFIDENTIAL SETTLEMENT COMMUNICATION**</u>

# DARREN DELNERO

> P.O. Box 77
> La Jolla, CA 92038
> 213Darren@Gmail.com

September 6, 2016

<u>**TIME SENSITIVE SEPTEMBER 19, 2016 RESPONSE DUE**</u>

Vital Solutions Inc.                    *CERTIFIED MAIL*
Attn: Legal Department
3212 Data Drive #200
Norcross, GA 300392

RE: Darren Del Nero

Dear Counsel,

As you know, your company received a letter dated May 2, 2016, your company has ignored my letter and preceding oral request to dispute and cease collection efforts, while continuing to make repeated collection efforts to include reporting adverse information to the credit bureaus, failed to cease communication when asked to, has sent several collections letters post dispute, and called me dozens of times[1], even when I would reiterate I disputed the debt and to stop calling me. Some basic online research shows you not only violated California law, but also federal law, including but not limited to:

1. Communicating with me after having received a letter from me with a request to cease and desist all collection contacts or a statement that I refused to pay the debt (§ 1692c(c));
2. After having received a written communication from me disputing the debt, continuing to contact me without having first having provided validation of the debt (§ 1692g(b));
3. Communicating or threatening to communicate credit information which is known or which should be known to be false, including failing to report my alleged debt as disputed; (§ 1692e(8));
4. A collection agent recently stating I would be sued, although the time frame to sue over the debt has long passed.

---

[1] Last few times being, August 31st, 29th, 23rd, 19th of 2016.

## CONFIDENTIAL SETTLEMENT COMMUNICATION

The purpose of this letter is to advise your company of its violations and to quickly resolve the matter with amicable compensation for the same without resorting to expensive and unnecessary litigation. It is my hope this matter is resolved prior to additional damages accrue, including needless attorney fees, we should work together expeditiously to correct the inequity that occurred in connection with your company's handling of the alleged outstanding debt (which I continue to hereby dispute and demand proof of).

As you are aware, aside from economic damages, emotional distress damages are actual damages deserving of compensation. Smith v. Law Office of Mitchell N. Kay, 124 B.R. 182, 185 (D. Del. 1990); In re Littles, 75 B.R. 241, 242 (Bankr. E.D. Pa. 1987). You are also aware that I may be entitled to statutory damages of up to $1,000.00. 15 U.S.C. §§ 1692k(a)(1), (2)(A) and (b)(1). Kobs v. Arrow Service Bureau, Inc., 134 F.3d 893 (7th Cir. 1998). Additionally, California's Rosenthal Act provides additional damages that may awarded given your conduct. Further, in addition to the above, the FDCPA also provides for the recovery of attorneys' fees and costs.

It should be noted I am deemed permanently disabled (verification provided upon request), receive SSI for that disability, and California appears to allow additional recovery for companies who violate the law and do so against a disabled person. Social Security Act (42 U.S.C. 407) [NCNB Fin. Servs. V. Shumate, 829 F.Supp. 178 (W.D. Va. 1993), affd. 45 F.3d 427] explicitly protects SSI from garnishment, however your collection agent said my SSI could be garnished. Making such a false statement is not only illegal under the FDCPA, but also under California's Rosenthal Act[2].

I am sure your company can appreciate the need to address this issue with my client and the need to avoid unnecessary litigation. I too, appreciate the hardships of protracted litigation. Therefore, I am willing to settle this matter for **$4,500.00**, concerning the conduct of your collection agency. Inclusive of fees and costs, write off the debt – or send it back to the creditor if you attest in writing you do not own the debt, and delete all credit reporting. This of course settles both federal and California claims concerning your company. This demand is inclusive of all statutory and actual damages both in the form of emotional distress, economic loss, damage to credit, and attorneys' fees and costs. **This offer is open until 9/19/16**, and due to time constraints, **I ask you email me at 213Darren@Gmail.com** concerning the above offer (i.e. I consent to your legal department (not debt collector) to email me concerning your response to this letter, email settlement agreement, scan/return settlement agreement) and of course the email may not be used for any debt collections purposes in the event this matter is not resolved. I am not yet represented by counsel, but will have no choice than to employ counsel if this matter is not resolved.

---

[2] Civil Code § 1788.10(e).

NERO 000003

## CONFIDENTIAL SETTLEMENT COMMUNICATION

As I am sure you are aware, decisions from around the country have proven time and again that a substantial award can be obtained should my attorney have an opportunity to present this case to a jury. See *Belile v Allied Medical Accounts Control Associated Bureaus, Inc.,* 209 B.R. 658 (E.D. Pa. 1997) (Consumer is entitled to actual damages under the FDCPA, PDCTPR and UTPCPL for emotional distress arising from unlawful debt collection practices arising from letter violation); *Crossley v Lieberman,* 90 B.R. 682 (E.D. Pa 1988), aff'd, 868 F.2d 566 (3d. Cir 1989)(actual damages in the form of emotional stress assessed at $1,000 for debt collector's violation of the FDCPA); *In re Littles,* 75 B.R. 241 (E.D. Pa. 1987), aff'd, 90 B.R. 700 (E.D. Pa. 1988); *Southern Siding Company, Inc, v. Raymond,* 703 So.2d 44 (La. App., 1st Cir. 1997)(Actual damages of $5000 and $2000 and $2000 in statutory damages were awarded to husband and wife under the FDCPA for mental and emotional distress in the form of undue stress, anxiety and sleeplessness and physical injury in the form of depression as result of threatening letter); *Venes v. Professional Service Bureau,* 353 N.W. 2d 671 (Minn. Ct. App. 1984)($6000 awarded for undue stress as a result of debt collection violations involving harassing telephone calls); *Smith v. Law Offices of Mitchell N. Kay,* 124 B.R. 182 (D. Del. 1991)($3000 for actual damages in the form of emotional distress as a result of FDCPA violation).

Moreover, such damages as outlined above, including personal humiliation, embarrassment, sleeplessness, depression and mental anguish or emotional stress need not be proved by expert testimony and can be sustained by the consumer himself. *See Belile, Crossley, Littles, Raymond.* While I understand the FDCPA has a maximum of $1,000, I also understand the financial exposure to hire a law firm to defend a strict liability case, potential for paying my attorney fees, and other tortious conduct which may be alleged under state law would be a fraction of the amount demanded. Further, as demonstrated above, cases **routinely** demonstrate awards often exceed the statutory maximum.

Again, I sincerely hope litigation can be avoided and ask you email me to resolve this matter as this matter should not waste the time of a judge and jury, as well as put me, and your company through needless litigation. Last, I will agree to a confidentiality/non-disparagement clause in the agreement.

Thank you in advance,
/s/
Darren Del Nero

CC: Law Office of Vania Chaker

# DARREN DELNERO

P.O. Box 77
La Jolla, CA 92038
213Darren@Gmail.com

August 4, 2017

<u>**TIME SENSITIVE AUGUST 10, 2017 RESPONSE DUE**</u>

Vital Solutions Inc.              *Priority Mail/Delivery Confirmation*
Attn: Legal Department
3212 Data Drive #200
Norcross, GA 300392

RE: Darren Del Nero

Dear Counsel,

As you know, your company received a letter dated May 2, 2016, and a demand letter on September 13, 2016 (see USPS delivery confirmation). As indicated in the preceding demand, attached hereto, your company violated a host of federal and state laws. I continue to dispute the debt, and demand you cease communication with me, without limitation to stop calling me on 213-915-6804, or other number you have for me. I deal with virtually daily phone calls. Your conduct is not only illegal, but having logged dozens of hang up phone calls it, and your agents I have spoken to telling it would violate the law to not pay the debt would only further makes this issue one a law firm will pursue if this demand is ignored.

The former offer of $4,500 no longer applies, and now request $7,500. I have endured almost another year of abusive conduct for which I see your company has repeatedly been sued for on numerous occasions.

Time is of the essence as I intend to retain a law firm to pursue this matter in court, which is contrary to what I want to do. I will consent to you contacting via email at 213Darren@Gmail.com **between 8/7/17 through 8/11/17** for the <u>sole</u> purpose of settling this matter, and not for collecting a debt. If you do not contact me by 8/11/17 (Friday) to settle this matter, do not contact me as I will be represented by counsel on 8/14/17 (Monday).

Sincerely,

NERO 000005

vital few duplactes screenshot-voice.google.com-2017-08-03-17-22-33.png                    Page 1 of 1



≡   Google Voice          Q  vital

**Vital Recovery disputed**          Jun 6, 2016
↶ Missed call

**Vital Recovery disputed**          Jun 6, 2016
↶ Missed call

**Vital Recovery disputed**          Jun 3, 2016
↶ Missed call

**Vital Recovery disputed**          Jun 2, 2016
↶ Missed call

**Vital Recovery disputed**          Jun 1, 2016
↶ Missed call

**Vital Recovery disputed**          Jun 1, 2016
↶ Missed call

**Vital Recovery disputed**          May 31, 2016
⚏ Hello, we have an important messa...

**Vital Recovery disputed**          May 27, 2016
↶ Missed call

**Vital Recovery disputed**          May 26, 2016
↶ Missed call

**Vital Recovery disputed**          May 26, 2016
↶ Missed call

**Vital Recovery disputed**          May 25, 2016
↶ Missed call

**Vital Recovery disputed**          May 25, 2016
↶ Missed call

NERO 000006
7/9/2018

vital screenshot-voice.google.com-2017-08-03-17-21-18.png                    Page 1 of 1

≡   Google Voice          🔍  vital

| | Vital Recovery disputed | Jun 13, 2016 |
| V | ↗ Missed call | |
| | Vital Recovery disputed | Jun 10, 2016 |
| V | ⌒⌒ Hold the line, please I have a call for… | |
| V | Vital Recovery disputed | Jun 9, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 8, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 8, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 7, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 6, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 6, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 3, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 2, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 1, 2016 |
| | ↗ Missed call | |
| V | Vital Recovery disputed | Jun 1, 2016 |
| | ↗ Missed call | |

NERO 000007
7/9/2018

vital screenshot-voice.google.com-2017-08-03-17-21-02.png                    Page 1 of 1

☰   Google Voice          🔍   vital

V   Missed call

V   Vital Recovery disputed      Jul 5, 2016
    ↗ Missed call

V   Vital Recovery disputed      Jun 28, 2016
    ∞ We have an important message fro...

V   Vital Recovery disputed      Jun 24, 2016
    ↗ Missed call

V   **Vital Recovery disputed      Jun 22, 2016**
    ∞ **From vital recovery services, this i...**

V   Vital Recovery disputed      Jun 22, 2016
    ↗ Missed call

V   Vital Recovery disputed      Jun 20, 2016
    ↗ Missed call

V   Vital Recovery disputed      Jun 17, 2016
    ↗ Missed call

V   Vital Recovery disputed      Jun 17, 2016
    ↗ Missed call

V   Vital Recovery disputed      Jun 16, 2016
    ↗ Missed call

V   Vital Recovery disputed      Jun 15, 2016
    ↗ Missed call

V   Vital Recovery disputed      Jun 14, 2016
    ↗ Missed call

V   Vital Recovery disputed      Jun 13, 2016

NERO 000008
7/9/2018

8/7/2017                                                USPS.com® - USPS Tracking® Results

# USPS Tracking® Results

FAQs ❯ (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 9505515466497216158641

                                                                    Delivered

**On Time**
**Updated Delivery Day:** Monday, August 7, 2017 ⓘ
## Product & Tracking Information

See Available Actions

**Postal Product:**              **Features:**
Priority Mail™                   Insured
                                 USPS Tracking®

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 7, 2017, 3:53 pm** | **Delivered, Front Door/Porch** | **PEACHTREE CORNERS, GA 30092** |
| | Your item was delivered at the front door or porch at 3:53 pm on August 7, 2017 in PEACHTREE CORNERS, GA 30092. | |
| August 7, 2017, 9:14 am | Out for Delivery | PEACHTREE CORNERS, GA 30092 |
| August 7, 2017, 9:04 am | Sorting Complete | PEACHTREE CORNERS, GA 30092 |
| August 7, 2017, 3:59 am | Arrived at Post Office | PEACHTREE CORNERS, GA 30092 |

See More ⌄

## Available Actions

| Text Updates | ⌄ |
|---|---|
| Email Updates | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&tLabels=9505515466497216158641

NERO 000009   1/2

*Viral Set
Recovery
Demand #2
Case Comm*

```
************************************
            MIRA MESA
        9051 MIRA MESA BLVD
            SAN DIEGO
              CA
            92126-9998
            0567540126
08/04/2017    (800)275-8777    1:53 PM
************************************
====================================
Product              Sale    Final
Description          Qty     Price

PM 2-Day              1       $6.65
Window FR Env
   (Domestic)
   (PEACHTREE CORNERS, GA  30092)
   (Flat Rate)
   (Expected Delivery Day)
   (Monday 08/07/2017)
   (USPS Tracking #)
   Y (9505 5154 6649 7216-1586 41)
   Insurance          1       $0.00
      (Up to $50.00 Included)
------------------------------------
Total                         $6.65

------------------------------------
Cash                          $7.00
Change                       ($0.35)

Includes up to $50 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.


************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.


Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clickship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
************************************

All sales final on stamps and postage
Refunds for guaranteed services only
   Thank you for your business

    HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

           Go to:
 - - https://postalexperience.com/Pos

    840-5920-0091-004-00014-54591-02

      or scan this code with
        your mobile device:
```



```
    or call 1-800-410-7420,
    YOUR OPINION COUNTS


Bill #: 840-59200091-4-1454591-2
Clerk: 11
```

NERO 000010

Detail                                        https://m.usps.com/m/TrackConfirmAction_detail?tLabels=7016075000...

 **7016075000090745704**

**Add Name**

**Delivered:**
PEACHTREE
CORNERS, GA 30092 on
September 13, 2016 at 1:17 pm

**Updated Delivery Day:**
Tuesday, September 13, 2016

**Additional Information**

Your item was delivered to the front desk or reception area at 1:17 pm on September 13, 2016 in PEACHTREE
CORNERS, GA 30092.

**Tracking History**

**September 13, 2016**
**1:17 pm**
Delivered, Front Desk/Reception,
PEACHTREE CORNERS, GA 30092

**September 13, 2016**
**9:02 am**
Out for Delivery,
PEACHTREE CORNERS, GA 30092

**September 13, 2016**
**8:52 am**
Sorting Complete,
PEACHTREE CORNERS, GA 30092

**September 13, 2016**
**6:54 am**
Arrived at Unit,
PEACHTREE CORNERS, GA 30092

**September 12, 2016**
**7:29 pm**
Departed USPS Regional Destination Facility,
DULUTH GA PROCESSING CENTER

**September 12, 2016**
**10:27 am**
Arrived at USPS Regional Destination Facility,

NERO 000011
8/5/17, 2:17 PM

DULUTH GA PROCESSING CENTER

**September 7, 2016**
**12:11 am**
Departed USPS Regional Origin Facility,
SAN DIEGO CA DISTRIBUTION CENTER

**September 6, 2016**
**7:28 pm**
Arrived at USPS Regional Origin Facility,
SAN DIEGO CA DISTRIBUTION CENTER

**September 6, 2016**
**2:01 pm**
Departed Post Office,
LA JOLLA, CA 92037

**September 6, 2016**
**1:08 pm**
USPS in possession of item,
LA JOLLA, CA 92037

**Remove from Tracking**

NERO 000012

```
-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_-_   --
       LA   JLLA VILLAGE
    8837 VILLA LA JOLLA DR
          LA JOLL.,
             CA
         9. ,:7-9994
          0540760039
09/06/2016   (800)275-877,   1:0.
=_=_=_=_=_=_=_=_=_=_=_=_=_=_   =_=_=_=_=
-_-_-_-_-_-_-_-_-_-_-_-_-_-_.   =_=_=_=
Product                        Final
Description        uty         : 'ce
First-Class        1           :. 17
Mail
Letter
    (Domestic)
    (PEACHTREE CORNERS, GA  30092)
    (Weight:0 Lb 0.90 Oz)
    (Expected Delivery Day)
    (Friday 09/09/2016)
Certified          1           $3.30
    (USPS Certified Mail #)
    (70160750000090745704)
Affixed            1           ($0.47)
Postage
    (Affixed Amount:$0.47)
Total                          $3.30
Cash                           $5.00
Change                        ($1.70)
```

```
*************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*************************************

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clickNship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*************************************

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business

    HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

            Go to:
    https://postalexperience.com/Pos

    840-5920-0039-001-00002-16733-02

    or scan this code with
    your mobile device:
```



```
    or call 1-800-410-7420.

    YOUR OPINION COUNTS
```

```
Bill #:  840-59200039-1-216733-2
Clerk:   05
```

NERO 000013





POSTAL SERVICE. Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From
Daniel Del Nero
P.O. Box 71
La Jolla, CA
92038

To
Vital Solutions Inc.
3785 Data Drive #205
Norcross, GA
30092

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE
PAID
MISSION VIEJO, CA
92690
MAY 02, 16
AMOUNT
$1.30
00139273-15

1000

NERO 000014

7016 0750 0000 9074 5704

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

PEACHTREE CORNERS, GA 30092

| | | |
|---|---|---|
| Certified Mail Fee | $3.30 | |
| $ | | |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $0.47 | |
| $ | | |
| Total Postage and Fees | $3.77 | |
| $ | | |

Sent To Vital Solutions - Legal Dept

Street and Apt. No., or PO Box No. 3212 Data Drive 208

City, State, ZIP+4® Norcross, GA 30042

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Postmark Here