"Exhibit 2"

 Voice  Sign in

You're not signed in to your account. To see calling rates for your work or school, sign in to your account.

## Google Voice calling rates



united states

*Rates may change at any time.

| Country/region | Rate Per Minute (USD) |
|---|---|
| **U** | |
| United States | $0.00 |

Currency: USD
Billing country: U.S. & others