"Exhibit 3"

Advertisement



# PHONE VALIDATOR FREE RESULTS

## RESULTS:

- **Phone Number:** 213-915-6804
- **Date of this Report:** May 28, 2019
- **Phone Line Type:** VOIP
- **Phone Company:** BANDWIDTH.COM
- **Phone Location:** IRVINE, CA
- **Owner's Name & Address:** Click Here (https://www.peoplefinders.com/reverse-phone/searchresults?showAnimatedLoadingBar=true&search=Phone&areaCode=213&prefix=915&suffix=6804&utm_source=phoneval&utm_campaign=tzrphone)

  Sponsored by PeopleFinders.com

## MAP:

Irvine
View larger map

Advertisement

Print this result

# SEARCH AGAIN

**DATA WARNING:** Use of this data is solely at your own risk. We make no guarantees, expressed or implied, as to the accuracy of this data or service. This site is not a credit reporting agency as defined by the Fair Credit Reporting Act (FCRA) and our search results are not consumer reports as defined by the FCRA. Information appearing on this site may not be used for any FCRA regulated purpose including determining a consumer's eligibility for credit, insurance, employment or housing. These results shall not be relied upon for any (Telephone Consumer Protection Act) TCPA regulated purpose including making auto-dialed calls or sending commercial text messages.

Advertisement



Learn how you can save when you include Xfinity Mobile with your Internet.

Batch (/phone-number-batch-processing.aspx)  |  Terms (/terms.aspx)  |  Privacy (/privacy.aspx)  |  Contact (/contact.aspx)

RELATED SITES:  SSN Validator (http://www.ssnvalidator.com)  |  Spy Dialer (http://www.spydialer.com)  |  Black Book Online (http://www.blackbookonline.info)

DATA WARNING: Use of this website is at your own risk. More...

© Copyright 2019 Crime Time Publishing Co., Inc. All rights reserved.