**"Exhibit 4"**



(/)



**Who Keeps Calling Me?**
Enter a number to reveal owner's name, address & much more!



# Results

### 213-915-6804

# DARREN CHAKER

near Irvine, CA

**New! Click name to run our free people search!**

Data may be incorrect or out of date. To remove your record, please use our Remove My Info page.

**Address! Try BeenVerified**

Advertisement

**Need More Info? Try BeenVerified. (http://jumptracker.com/aff_c?offer_id=255&aff_id=2069&phone=2139156804)**
**Need Public Records? Try this. (http://www.blackbookonline.info)**

© Copyright 2019 Spy Dialer, Inc. All rights reserved. Works with U.S. based phones only.
**DATA WARNING:** All Information comes from public data sources which may be inaccurate, out-of-date or otherwise wrong. Use of this website is at your own risk. We make no guarantees, expressed or implied, as to the accuracy of this data or service. Errors, including false "no hits," may exist in results returned. Spy Dialer, Inc. is not a credit reporting agency as defined by the Fair Credit Reporting Act (FCRA) and our search results are not consumer reports as defined by the FCRA. Information appearing on this site may not be used for any FCRA regulated purpose including determining a consumer's eligibility for credit, insurance, employment or housing or for any other purpose covered by the FCRA. You agree to hold Spy Dialer, Inc. harmless against all claims arising from your use of the site and to indemnify us against all claims and legal costs arising out of your use of it.
See Data Limitations and Warning...