"Exhibit 5"

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

ANNUAL REGISTRATION

*Electronically Filed*
Secretary of State
Filing Date: 3/8/2016 3:51:58 PM

| BUSINESS INFORMATION | |
|---|---|
| CONTROL NUMBER | 0237097 |
| BUSINESS NAME | VITAL RECOVERY SERVICES, LLC |
| BUSINESS TYPE | Domestic Limited Liability Company |
| EFFECTIVE DATE | 03/08/2016 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| ADDRESS | 3795 DATE DRIVE SUITE 200, Peachtree Corners, USA |

| REGISTERED AGENT'S NAME AND ADDRESS | |
|---|---|
| NAME | ADDRESS |
| CORPORATION SERVICE COMPANY | 40 TECHNOLOGY PARKWAY SOUTHSUITE 300, Ben Hill, NORCROSS, GA, 30092, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| AUTHORIZER SIGNATURE | Christopher Shuler |
| AUTHORIZER TITLE | Manager |



Brian P. Kemp
Secretary of State

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

ANNUAL REGISTRATION

*Electronically Filed*
Secretary of State
Filing Date: 3/8/2016 3:56:29 PM

## BUSINESS INFORMATION
| | |
|---|---|
| CONTROL NUMBER | 0237099 |
| BUSINESS NAME | VITAL SOLUTIONS, INC. |
| BUSINESS TYPE | Domestic Profit Corporation |
| EFFECTIVE DATE | 03/08/2016 |

## PRINCIPAL OFFICE ADDRESS
| | |
|---|---|
| ADDRESS | 3795 DATA DRIVE, SUITE 200, Peachtree Corners, USA |

## REGISTERED AGENT'S NAME AND ADDRESS
| NAME | ADDRESS |
|---|---|
| CORPORATION SERVICE COMPANY | 40 TECHNOLOGY PARKWAY SOUTHSUITE 300, Ben Hill, NORCROSS, GA, 30092, USA |

## OFFICERS INFORMATION
| NAME | TITLE | ADDRESS |
|---|---|---|
| CHRISTOPHER J. SCHULER | CEO | 3795 DATA DRIVE, SUITE 200, Peachtree Corners, USA |
| CHRISTOPHER J. SCHULER | CFO | 3795 DATA DRIVE, SUITE 200, Peachtree Corners, USA |
| CHRISTOPHER J. SCHULER | SECRETARY | 3795 DATA DRIVE, SUITE 200, Peachtree Corners, USA |
| Christopher J. Shuler | | 3795 Data Drive, Suite 200, Peachtree Corners, USA |
| David L. Turner | | 260 Peachtree Street, Suite 2700, Atlanta, USA |

## AUTHORIZER INFORMATION
| | |
|---|---|
| AUTHORIZER SIGNATURE | Christopher Shuler |
| AUTHORIZER TITLE | Officer |



Brian P. Kemp
Secretary of State

