UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. NERO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>VITAL SOLUTIONS, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 3:18-cv-2503-BTM-MDD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO RULE 11**<br><br>**[ECF NO. 24]** |

　　　Before the Court is Plaintiff's motion for an extension to file a response to Defendant's pending motion for sanctions (ECF No. 22). (ECF No. 24.) For good cause showing, Plaintiff's motion (ECF No. 24) is **GRANTED**. Plaintiff shall submit a response on or before August 23, 2019. Any reply is due on or before August 30, 2019. The Court continues the hearing currently scheduled on August 23, 2019 to September 13, 2019 at 11am. There will be no oral argument unless directed by the Court.

**IT IS SO ORDERED.**

Dated: August 13, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　United States District Judge