1  David J. Kaminski (SBN 128509)
2  kaminskid@cmtlaw.com
   Alex A. Wade (SBN 304022)
3  wadea@cmtlaw.com
4  CARLSON & MESSER LLP
   5901 West Century Boulevard, Suite #1200
5  Los Angeles, CA 90045
6  Tel: (310) 242-2200
7  Fax: (310) 242-22220

8  Attorneys for Defendant
9  VITAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DARREN D. NERO,<br><br>Plaintiff,<br>vs.<br><br>VITAL SOLUTIONS, INC.<br><br>Defendant | Case No: 3:18-cv-02503-BTM-MDD<br><br>NOTICE OF SETTLEMENT |
|---|---|

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that a settlement in this matter has been reached between all parties. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.

///
///
///
///
///
///

1 | In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

CARLSON & MESSER LLP

Dated: September 12, 2019

s/ David J. Kaminski
David J. Kaminski
Alex A. Wade
Attorneys for Defendant,
VITAL SOLUTIONS, INC.

## **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 12th day of September, 2019, a true and accurate copy of the foregoing Notice of Settlement was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP